IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MSI SYSTEMS INTEGRATORS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV213 |
| | ) | |
| v. | ) | |
| | ) | |
| SAIA MOTOR FREIGHT LINE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge