IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MSI SYSTEMS INTEGRATORS, | ) | 8:05CV213 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REASSIGNMENT ORDER |
| | ) | |
| SAIA MOTOR FREIGHT LINE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 11) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters and remains assigned to District Judge Richard G. Kopf for disposition.

DATED this 10th day of June, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge