# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MSI SYSTEMS INTEGRATORS, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**SAIA MOTOR FREIGHT LINE, INC.** )<br>)<br>**Defendant.** ) | 8:05CV213<br><br>ORDER |

Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for December 8, 2005, at 9:00 a.m. is cancelled and is **rescheduled for December 9, 2005, at 3:30 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

DATED this 5th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge